## Commonwealth *v.* Riley, Appellant.

Submitted December 16, 1975. *Lewis S. Small,* for appellant; *Richard P. Myers, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.